UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

NORAH THEYAB ALANAZI,

Petitioner,

-against-

WARDEN, Rose M. Singer Center, Rikers Island; Kenneth GENALO, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; David VENTURELLA, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; Markwayne MULLIN in his official capacity as Secretary of Homeland Security; Todd BLANCHE, in his official capacity as Attorney General; U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement,

Respondents.

1:26-cv-09874-MKV

<u>ORDER TO SHOW CAUSE</u>

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a petition for a writ of habeas corpus pursuant to Title 28, United States Code, Section 2241. [ECF No. 1] (the "Petition").

Accordingly, IT IS HEREBY ORDERED that Respondents shall show cause by December 1, 2026, why the Petition should not be granted. It is FURTHER ORDERED that Petitioner shall file any reply by December 7, 2026.

The Clerk of Court is respectfully requested to serve Respondents with copies of the Petition and this Order.

**SO ORDERED.**

**Date: November 24, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**